McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SEREY VAN,<br><br>    Defendant. | Case No. Mag. 05-053 PAN<br><br>STIPULATION REGARDING EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT; [PROPOSED] ORDER |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys S. Robert Tice-Raskin and Courtney J. Linn, and defendant, by and through her counsel of record, Robert Holley, hereby stipulate as follows:

1. The Complaint in this case was filed on or about February 22, 2005.

2. Defendant was arrested on February 23, 2005. Defendant first appeared before Magistrate Judge Peter Nowinski, a judicial officer in the court in which this charge is pending, on February 24, 2005.

3.   Defendant has been advised of her rights as required by Rule 5, Fed. R. Crim. P., including her right to have a preliminary hearing.

4.   By previous stipulation and order, defendant waived her right to a preliminary hearing.

5.   The Speedy Trial Act of 1974, 18 U.S.C. § 3161 et seq., requires that an indictment or information be filed against defendant on or before 30 days of her arrest, i.e., on or before March 26, 2005. By previous stipulation and order, defendant moved to extend the deadline for filing of charges to April 29, 2005.

6.   By this stipulation, defendant moves to extend the deadline for filing of charges to May 27, 2005. Plaintiff does not oppose these requests.

7.   The parties agree and stipulate, and request that the Court find the following:

    a)   The government has made a package plea offer to defendant and her spouse, Thomas Van. Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation related to the charges, to review discovery, and to review and discuss the potential pre-indictment disposition of the charges with the government. (Thomas Van is in the process of obtaining representation and will need adequate time to address to conduct these tasks as well with his counsel).

    b)   Counsel for defendant believes that failure to

1  grant the above-requested extension would deny him the reasonable
2  time necessary for effective preparation, taking into account the
3  exercise of due diligence.
4       c)   The government does not object to the continuance.
5       d)   Counsel for defendant has specifically discussed
6  all of the contents of this stipulation with his client and
7  represents that his client concurs with the contents of this
8  stipulation.
9       e)   Based on the above-stated findings, the ends of
10 justice served by continuing the case as requested outweigh the
11 interest of the public and the defendant in a trial within the
12 original dates prescribed by the Speedy Trial Act.
13      f)   For the purpose of computing time under the Speedy
14 Trial Act, 18 U.S.C. § 3161, *et seq.*, within which an information
15 or indictment must be filed, the time period from April 29, 2005
16 to May 27, 2005, inclusive, is deemed excludable pursuant to 18
17 U.S.C. § 3161(h)(8)(A) and B(iv) because it results from a
18 continuance granted by the judge at defendant's request on the
19 basis of the judge's finding that the ends of justice served by
20 taking such action outweigh the best interests of the public and
21 //
22 //
23 //
24 //
25 //
26 //
27
28                                  3

the defendant in speedy formal charging.

IT IS SO STIPULATED.

DATED: 4-22-05

_____
S. ROBERT TICE-RASKIN
Assistant United States Attorney

DATED: 4-20-05

_____
ROBERT HOLLEY
Counsel for Defendant

ORDER

IT IS SO FOUND AND ORDERED.

April 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

4