McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Mag. 05-053 PAN |
| | ) | |
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | EXCLUSION OF TIME UNDER |
| v. | ) | SPEEDY TRIAL ACT; [PROPOSED] |
| | ) | ORDER |
| SEREY VAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

     Plaintiff United States of America, by and through its

counsel of record, Assistant United States Attorneys S. Robert

Tice-Raskin and Courtney J. Linn, and defendant, by and through

her counsel of record, Thanh Truong Foxx, hereby stipulate as

follows:

     1.   The Complaint in this case was filed on or about

February 22, 2005.

     2.   Defendant was arrested on February 23, 2005.  Defendant

first appeared before Magistrate Judge Peter Nowinski, a judicial

officer in the court in which this charge is pending, on February

24, 2005.

3.   Defendant has been advised of her rights as required by Rule 5, Fed. R. Crim. P., including her right to have a preliminary hearing.

4.   By previous stipulation and order, defendant waived her right to a preliminary hearing.

5.   The Speedy Trial Act of 1974, 18 U.S.C. § 3161 <u>et seq.</u>, requires that an indictment or information be filed against defendant on or before 30 days of her arrest, <u>i.e.</u>, on or before March 26, 2005.  By previous stipulation and order, defendant moved to extend the deadline for filing of charges to August 1, 2005.

6.   By this stipulation, defendant moves to extend the deadline for filing of charges to August 25, 2005.   Plaintiff does not oppose this request.

7.   The parties agree and stipulate, and request that the Court find the following:

a)   The government has made a package plea offer to defendant and her spouse, Thomas Van.  Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation related to the charges, to review discovery, and to review and discuss the potential pre-indictment disposition of the charges with the government. (Bruce Locke has been appointed to represent Thomas Van, but has advised the government he has not yet been able to confer with him).

 ///

2

b)   Counsel for defendant believes that failure to grant the above-requested extension would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)   The government does not object to the continuance.

d)   Counsel for defendant has specifically discussed all of the contents of this stipulation with his client and represents that his client concurs with the contents of this stipulation.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in charging within the original dates prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, _et seq._, within which an information or indictment must be filed, the time period from August 1, 2005 to August 25, 2005, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and B(iv) because it results from a continuance granted by the judge at defendant's request on the basis of the judge's finding that the ends of justice served by

///
///
///
///
///
///

3

taking such action outweighs the best interests of the public and the defendant in speedy formal charging.

IT IS SO STIPULATED.

DATED: 7/25/05

/s/ Courtney J. Linn
S. ROBERT TICE-RASKIN
COURTNEY J. LINN
Assistant United States Attorneys

DATED: 7/25/05

/s/ Thanh Truong Foxx
THANH TRUONG FOXX
Counsel for Defendant SEREY VAN

O R D E R

IT IS SO FOUND AND ORDERED.

July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

4