1  **ROBERT M. HOLLEY**
   **Attorney at law**
2  **State Bar No. 50769**
   **331 J Street, Suite 200**
3  **Sacramento, California 95814**
   **Telephone:  (916) 443-2213**
4
5  **Attorney for Defendant SEREY VAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **No. Cr.S-05-344 EJG** |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER MODIFYING A CONDITION OF RELEASE** |
| v. ) | |
| SEREY VAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

THE PARTIES HERETO, by and through their respective undersigned counsel, do hereby stipulate to modify the release conditions set forth by stipulation on March 11, 2005, Mag 05-0053 PAN, to eliminate the special condition contained in paragraph #4 of the stipulated conditions which places Ms. SEREY VAN on electronic home monitoring.

///

///

1

All parties agree that this condition is no longer necessary or appropriate.

DATED: 10-5-05         /s/ Robert M. Holley
                       ROBERT M. HOLLEY, Esq.
                       Counsel for Serey Van


DATED: 10/5/05         /s/ Courtney J. Linn
                       COURTNEY J. LINN
                       Assistant U.S. Attorney

                       (Original signature retained by attorney)

**ORDER**

   GOOD CAUSE APPEARED, it is so ordered.

DATED: October 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2