```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    COURTNEY J. LINN
 3  Assistant U.S. Attorneys
    501 "I" Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2700
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   2:05-CR-00344-EJG
                                  )
11           Plaintiff,           )   STIPULATION AND ORDER
                                  )   REGARDING CONTINUED RESTRAINT
12                                )   OF PROPERTY IN GOVERNMENT
        v.                        )   CUSTODY - 21 U.S.C. §
13                                )   853(e)(1)
    SEREY VAN, and                )
14  THANH TAN VAN,                )
        aka THOMAS VAN,           )
15                                )
             Defendants.          )
16  _____ )
```

    The United States of America, through its counsel, and the defendants, by and through their respective counsel, hereby stipulate to entry of an order allowing the government to maintain custody of property already in the government's possession pending the resolution of a criminal forfeiture matter.  The grounds for the stipulation are as follows:

    1.   On or about February 22, 2005, Magistrate Judge Nowinski issued civil seizure warrants pursuant to 18 U.S.C. § 981(b) based on probable cause for the following funds in the various bank accounts:

    a).   Approximately $17,457.84 in funds seized from Wells Fargo Bank account number 201-0938710 on or about February 23, 2005; and

1

      b).  Approximately $61,010.13 in funds seized from Wells Fargo Bank account number 008-1479651 on or about February 23, 2005.

On February 23, 2005, agents of the Internal Revenue Service, Criminal Investigation Division ("IRS") seized the above-described funds for the purpose of initiating civil forfeiture proceedings.

    2.  On or about February 23, 2005, during the execution of federal search warrant federal agents seized the following:

      c).  Approximately $120,000.00 in U.S. Currency seized from Washington Mutual Bank safe deposit box #C-249;

On or about February 23, 2005, pursuant to a consent search authorized by Serey Van federal agents seized the following:

      d).  Approximately $110,000.00 in U.S. Currency seized from Washington Mutual Bank safe deposit box #884.

Hereinafter, the above-referenced assets (a-d) are collectively referred to as the "seized assets".

    3.  Pursuant to 18 U.S.C. § 983(a), the Secretary of Treasury initiated civil forfeiture proceedings against the seized assets, and the defendants and a third party filed administrative claims to them.  The seized assets are currently in the custody of the U.S. Department of Treasury.  On August 24, 2005, an indictment was returned in this case charging the defendants with one count of conspiracy in violation of 18 U.S.C. § 371; five counts of causing or attempting to cause a financial institution to fail to file a report in violation of 31 U.S.C. § 5324(a)(1); five counts of structuring in violation of 31 U.S.C. § 5324(a)(3); and one count of conducting an illegal money transmitting business in violation of 18 U.S.C. § 1960.  The

1  indictment included a forfeiture allegation in which the Grand
2  Jury charged that the seized assets were subject to forfeiture to
3  the United States.  The indictment was returned within the period
4  by which the United States had to either initiate a civil
5  forfeiture complaint against the seized assets or obtain an
6  indictment identifying the seized for forfeiture and take steps
7  to preserve its right to maintain custody of the property as
8  provided in the applicable criminal forfeiture statute.  18
9  U.S.C. § 983(a)(3)(B).[1]

10      4.  The parties stipulate that pursuant to 21 U.S.C. §
11 853(e)(1)(A) (as incorporated by 18 U.S.C. § 982(b)(1)), and
12 based upon the indictment charging an offense for which criminal
13 forfeiture of the seized assets may be ordered, the Court may
14 enter an order authorizing the United States to continue to
15 maintain custody and control of the seized assets pending the
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///

---

[1] The applicable criminal statute authorizes the Court to restrain assets based solely on the return of an indictment alleging that such assets are subject to forfeiture (21 U.S.C. § 853(e)(1)(A)).  Because the indictment was returned within the period provided by 18 U.S.C. § 983(a)(1)(3), the parties agree that any delay in obtaining such an order in this case is harmless.

3

conclusion of proceedings in this case or further order of the Court.

IT IS SO STIPULATED

DATED: 12/21/05                McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Courtney J. Linn
                               COURTNEY J. LINN
                               Assistant U.S. Attorney


DATED: 12/14/05                /s/ Thanh Truong Foxx
                               THANH TRUONG FOXX
                               Counsel for Defendant SEREY VAN


DATED: 12/21/05                /s/ Bruce Locke
                               BRUCE LOCKE
                               Counsel for THANH TAN VAN aka
                               THOMAS VAN


                               (Original signatures retained by
                                  Attorney)

**ORDER**

Based on the parties' stipulation, and for good cause shown, the Court makes the following orders:

IT IS HEREBY ORDERED, that the United States and its agencies shall maintain and preserve the following assets until the conclusion of the instant criminal case, or pending further Order of this Court:

a). Approximately $17,457.84 in funds seized from Wells Fargo Bank account number 201-0938710 on or about February 23, 2005;

b). Approximately $61,010.13 in funds seized from Wells Fargo Bank account number 008-1479651 on or about February 23, 2005;

///

c).  Approximately $120,000.00 in U.S. Currency seized from Washington Mutual Bank safe deposit box #C-249; and

d).  Approximately $110,000.00 in U.S. Currency seized from Washington Mutual Bank safe deposit box #884.

IT IS SO ORDERED.

DATED: 1/5/06                    /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE