JOSEPH J. WISEMAN, ESQ., CSBN 107403
JOSEPH J. WISEMAN, P.C.
1477 Drew Avenue, Suite 106
Davis, California 95616
Telephone: 530.759.0700
Facsimile: 530.759.0800

Attorney for Defendant
THANH TAN VAN

**FILED**

FEB 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>SEREY VAN, and<br>THANH TAN VAN,<br>     aka THOMAS VAN<br><br>           Defendants. | Case No. CR.S 05 344 EJG<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Courtney Linn, Assistant United States Attorney, and defendants, THANH TAN VAN, through his counsel of record, Joseph J. Wiseman, and SEREY VAN, through her counsel of record, Robert M. Holley, that the status conference scheduled for February 24, 2006 at 10:00 a.m., be rescheduled to March 17, 2006 at 10:00 a.m. The parties are requesting this continuance to provide new counsel additional time to obtain and review the file in this case.

The parties further stipulate and agree that time from the date of this Order through the

1

STIPULATION AND ORDER To Continue Status Conference                                              CR. S-05 344 EJG

date of the status conference set for March 17, 2006 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: February 21, 2006           Respectfully submitted,

                                   By:  /s/ Joseph J. Wiseman
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant
                                        THANH TAN VAN

Dated: February 21, 2006           By:  /s/ Robert M. Holley
                                        ROBERT M. HOLLEY
                                        Attorney for Defendant
                                        SEREY VAN

Dated: February 21, 2006
                                   By:  /s/ Courtney Linn
                                        COURTNEY LINN, AUSA
                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to March 17, 2006 at 10:00 a.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to March 17, 2006 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: February 21, 2006

                                   _____
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT SENIOR JUDGE