**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95616**
  **Telephone:   530.759.0700**
  **Facsimile:   530.759.0800**

**Attorney for Defendant**
**THANH TAN VAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br> vs.<br>SEREY VAN, and<br>THANH TAN VAN,<br>     aka  THOMAS VAN<br><br>               Defendants. | Case No. CR.S 05 344 EJG<br><br>STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Courtney Linn, Assistant United States Attorney, and defendants, THANH TAN VAN, through his counsel of record, Joseph J. Wiseman, and SEREY VAN, through her counsel of record, Robert M. Holley, that the status conference scheduled for March 17, 2006 at 10:00 a.m., be rescheduled to April 28, 2006 at 10:00 a.m. The parties are requesting this continuance to provide new counsel additional time to obtain and review the file in this case. In particular, Joseph J. Wiseman, Thanh Tan Van's new counsel, has scheduled a meeting for March 29, 2006 with the case agent to review the voluminous discovery generated in this investigation. In addition, Mr. Wiseman is in the process of obtaining the case file from

Mr. Van's previous attorney, who has been in trial out of the Eastern District for the last several weeks.

The parties do not anticipate that there will be a need to request another continuance in this case, and further stipulate and agree that time from the date of this Order through the date of the status conference set for April 28, 2006 be excluded from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: March 14, 2006 Respectfully submitted,
By: __/s/  Joseph J. Wiseman__
JOSEPH J. WISEMAN
Attorney for Defendant
THANH TAN VAN

Dated: March 14, 2006 By: __/s/ Robert M. Holley__
ROBERT M. HOLLEY
Attorney for Defendant
SEREY VAN

Dated: March 14, 2006
By: _____/s/ Courtney Linn_____
COURTNEY LINN, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case is continued to April 28, 2006 at 10:00 a.m.  IT IS FURTHER ORDERED THAT the time from the date of this Order to April 28, 2006 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: March  15 , 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER To Continue Status Conference

CR. S-05 344 EJG