McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-344 EJG |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | EXCLUSION OF TIME UNDER |
| v. ) | SPEEDY TRIAL ACT; AND ORDER |
| ) | |
| SEREY VAN, ) | |
| THANH TAN VAN, ) | |
| Defendants. ) | |
| ) | |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys S. Robert Tice-Raskin, and defendants, by and through their counsel of record, Robert Holley and Joseph Wiseman, hereby stipulate as follows:

    1.   Defendants were indicted on or about August 24, 2005. The time period from on or about that date until October 20, 2006 has previously been excluded from the speedy trial time calculations of the Speedy Trial Act at the request of the defense pursuant to 18 U.S.C. § 3161(h)(8)(A) and B(ii) [Local Code T2] and/or (iv) [Local Code T4].

    2.   By this stipulation, defendants move to this matter for

status on December 15, 2006, rather than a hearing regarding motions.  Defendants further move for a further exclusion of time from the date of this order through December 15, 2006.  Plaintiff does not oppose these requests.

    3.    The parties agree and stipulate, and request that the Court find the following:

        a)    At the request of the defense, a briefing schedule was previously set for the filing of defense motions, culminating in a hearing date on December 15, 2006.  The defense has elected not to file motions and asks that the hearing date be converted to a status conference date.  The government does not oppose this request.

        b)    The government has made a package plea offer to defendants.  Counsel for both defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation related to the charges, to review discovery, and to review and discuss the potential disposition of the charges with the government.

        c)    Counsel for defendants believe that failure to grant the above-requested extension would deny each the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government does not object to the continuance.

        d)    Counsel for defendants have specifically discussed all of the contents of this stipulation with their clients and represent that their clients concur with the contents of this

2

1  stipulation.
2         e)   Based on the above-stated findings, the ends of
3  justice served by continuing the case as requested outweigh the
4  interest of the public and the defendants in a speedy trial
5  within the dates prescribed by the Speedy Trial Act.
6         f)   For the purpose of computing time under the Speedy
7  Trial Act, 18 U.S.C. § 3161, et seq., within which defendants
8  must be brought to trial, the time period from the date this
9  order is signed by the Court to December 15, 2006, inclusive, is
10 deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and B(iv)
11 [Local Code T 4] because it results from a continuance granted by
12 the Court at defendants' request on the basis of the Court's
13 finding that the ends of justice served by taking such action
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27
28                                3

outweigh the best interests of the public and the defendants in a speedy trial.

    IT IS SO STIPULATED.

DATED: 10/30/06

                      Tice-Raskin
                      S. ROBERT TICE-RASKIN
                      Assistant United States Attorney

DATED: 10/30/06

                      Tice-Raskin for Robert Holley
                      ROBERT HOLLEY
                      Counsel for Defendant SEREY VAN
                      (Per telephonic authorization)

DATED: 10/30/06

                      Tice-Raskin for Joseph Wiseman
                      JOSEPH WISEMAN
                      Counsel for Defendant THANH TAN VAN
                      (Per email authorization)

                      O R D E R

IT IS SO FOUND AND ORDERED.

___October 30, 2006.

                      /s/ Edward J. Garcia
_____
                      UNITED STATES DISTRICT JUDGE

4