McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S-05-344 EJG |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| SEREY VAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on or about February 9, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1), based upon the plea agreement entered into between plaintiff and defendant Serey Van forfeiting to the United States the following property:

      a. Approximately $3,467.97 of the $17,457.84 in funds seized from Wells Fargo Bank account number 201-0938710 on or about February 23, 2005;

      b. Approximately $120,000.00 in U.S. Currency seized from Washington Mutual Bank safe deposit box #C-249; and

      c. Approximately $110,000.00 in U.S. Currency seized from Washington Mutual Bank safe deposit box #884.

AND WHEREAS, on March 1, 8, and 15, 2007, the United States

1 published notification of the Court's Preliminary Order of
2 Forfeiture in the <u>Stockton Record</u> (San Joaquin County), a newspaper
3 of general circulation located in the county in which the subject
4 property was seized.  Said published notice advised all third
5 parties of their right to petition the court within thirty (30) days
6 of the publication date for a hearing to adjudicate the validity of
7 their alleged legal interest in the forfeited property;
8      AND WHEREAS, the Court has been advised that no third party has
9 filed a claim to the subject property, and the time for any person
10 or entity to file a claim has expired.
11      Accordingly, it is hereby ORDERED and ADJUDGED:
12      1.  A Final Order of Forfeiture shall be entered forfeiting to
13 the United States of America all right, title, and interest in the
14 above-listed property pursuant to 18 U.S.C. § 982(a)(1), to be
15 disposed of according to law, including all right, title, and
16 interest of Serey Van.
17      2.  All right, title, and interest in the above-described
18 property shall vest solely in the name of the United States of
19 America.
20      3.  The Department of Treasury shall maintain custody of and
21 control over the subject property until it is disposed of according
22 to law.
23      4.  Within forty-five (45) days from entry of this Final Order
24 of Forfeiture forfeiting the above-listed property:
25          a.  The Department of Treasury shall pay $46,944.33
of the $61,010.13 in funds seized from Wells Fargo
26          Bank account number 008-1479651 on or about February
23, 2005, to C & H International, a third-party
27          creditor to defendant and co-defendant Thomas Van,
and return the remaining balance of $14,065.80 to
28          both defendants; and

        b.  The Department of Treasury shall return to both defendants $13,989.87 of the $17,457.84 in funds seized from Wells Fargo Bank account number 201-0938710 on or about February 23, 2005.

SO ORDERED THIS 17th day of April, 2007.

                                     /s/ Edward J. Garcia  
                                     EDWARD J. GARCIA  
                                     United States District Judge