ROBERT M. HOLLEY, ESQ.
ATTORNEY AT LAW
331 J STREET, SUITE 200
SACRAMENTO, CA 95823
TEL: 916.443-2213
FAX: 916.442-1310

ATTORNEY FOR DEFENDANT
SEREY VAN

**FILED**
AUG 27 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SEREY VAN and THANH TAN VAN, A.K.A. THOMAS VAN | CASE NO. CR.S 05-344 EJG<br><br>APPLICATION FOR ORDER EXONERATING BAIL<br>[~~PROPOSED~~ ORDER] |

Defendant, SEREY VAN, by and through undersigned counsel, applies for an order from this court exonerating the bail posted to secure her release in this case. Defendant is making this application on the grounds that her bail was never formally exonerated at the conclusion of the case. Accordingly, the lien in favor of the Clerk of Court posted to secure defendant's release has not been extinguished. Defendant is in custody serving her sentence imposed by the court.

Dated: 8/24/07

Respectfully Submitted,

Robert M. Holley
Attorney for Defendant
Serey Van

Page 1 of 2

Us V. Serey Van, CR.S-05 344 EJG, Application for Order Exonerating Bail

## ORDER

GOOD CAUSE having been shown, IT IS HEREBY ORDERED that the bail posted in this case to secure the release of SEREY VAN in case number Cr S-05-344 is hereby EXONERATED.

Dated: 8/24/07

_____
THE HONORABLE EDWARD J. GARCIA
UNITED STATES DISTRICT SENIOR JUDGE