# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**
AUG 26 2010
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00344-01** |
| ) | |
| **Serey VAN** ) | |

## LEGAL HISTORY:

On March 16, 2007, the above-named was sentenced to 31 months custody Bureau of Prisons to be followed by a term of Supervised Release for a period of 24 months, which commenced on July 14, 2009. Special conditions included: Warrantless search; Financial disclosure and restrictions; and Business/employment restrictions.

## SUMMARY OF COMPLIANCE:

Serey Van has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Ms. Van has derived maximum benefit from supervision and is not in need of continued supervision.

RE: Serey VAN
Docket Number: 2:05CR00344-01
RECOMMENDATION TERMINATING
<u>SUPERVISED RELEASE PRIOR TO EXPIRATION DATE</u>

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

Dated: July 30, 2010
Elk Grove, California
KMM/cj

**REVIEWED BY:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

cc: AUSA S. Robert Tice-Raskin (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:05CR00344-01** |
| ) | |
| **Serey VAN** ) | |

On July 14, 2009, the above-named was placed on Supervised Release for a period of 24 months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Kris M. Miura
**KRIS M. MIURA
United States Probation Officer**

Dated:      July 30, 2010
            Elk Grove, California
            KMM/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

3

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

REe: Serey VAN
Docket Number: 2:05CR00344-01
ORDER TERMINATING SUPERVISED RELEASE
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

_8/26/10_
**Date**

_Edward J. Garcia_
**Edward J. Garcia**
**Senior United States District Judge**

KMM/cj

Attachment: Recommendation

cc: United States Attorney's Office